UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANE ALLEN WHITE,

        Plaintiff,

                              CASE NO. 2:20-CV-13363
v.                            HON. GEORGE CARAM STEEH

WASHTENAW CO. JAIL, et al.,

        Defendants.
_____/

## OPINION AND ORDER DISMISSING CASE

Washtenaw County Jail inmate Shane Allen White ("plaintiff") has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983, as well as an application to proceed without prepayment of the filing fee. In his application, the plaintiff states that he receives $1,500 per month in a veteran's pension/disability and that he has about $7,000 in a bank account with current financial obligations of $90 per month for a storage unit and $500 per month for his son, as well unidentified debt of $21,000. ECF No. 2, PageID.22-23. The plaintiff did not sign his application, nor did he submit a Certificate of Prisoner Institutional/Trust Fund Account Activity.

The Court concludes from the financial data that the plaintiff fails to establish indigence and that he can pay the $350.00 filing fee and the

$52.00 administrative fee for this action. Accordingly, the Court **DENIES** his application to proceed without prepayment of the filing fee and **DISMISSES WITHOUT PREJUDICE** his complaint. The Court is required to dismiss the case because the allegation of poverty is untrue. 28 U.S.C. § 1915(e)(2)(A). The plaintiff may submit a new civil rights complaint with payment of the filing fee and administrative fee in a new case. This case will not be reopened.

Lastly, the Court concludes that an appeal from this decision cannot be taken in good faith. 28 U.S.C. § 1915(a)(3); Coppedge v. United States, 369 U.S. 438, 445 (1962). This case is closed. No further pleadings should be filed in this matter.

**IT IS SO ORDERED**.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: January 14, 2021

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 14, 2021, by electronic and/or ordinary mail and also on Shane Allen White #300765051070, Washtenaw County Jail. 2201 Hogback Rd, Ann Arbor, MI 48105.

s/Brianna Sauve
Deputy Clerk